and Puerto Rico Code §§ 29 L.P.R.A. 271, *et seq.* On information and belief, Mr.

Vazquez is married to Susan Roe, with whom he forms a conjugal partnership.

5